IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **15cv01506-JLK**

**ROCKFORD CORPORATION,**
**an Oregon company,**

    Plaintiff,

v.

**MARKWEST LIBERTY MIDSTREAM & RESOURCES, L.L.C.,**
**a Delaware company,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Notice of Dismissal Without Prejudice (Doc. 10), filed September 2, 2015, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: September 2, 2015

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICTJUDGE